**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jacinto PEREZ–ORTIZ, a.k.a. Jacinto
Ortiz Perez, Defendant—
Appellant.**

No. 09–10445.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 29, 2010.

Claire Lefkowitz, Esquire, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas Scott Hartzell, T.S. Hartzell, Attorney at Law, Tucson, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Jacinto Perez–Ortiz appeals from his guilty-plea conviction and 63–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

S.Ct. 1396, 18 L.Ed.2d 493 (1967), Perez–Ortiz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.